UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| KAIJA FELLMAN LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:25-cv-00456-SDN |
| | ) | |
| MAINE DEPARTMENT OF | ) | |
| HEALTH & HUMAN SERVICES, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT

On November 12, 2025, the Magistrate Judge recommended dismissing Plaintiff Kaija Fellman Lopez's complaint in its entirety. ECF No. 6. Ms. Lopez timely objected and moved in the alternative to amend her complaint to cure the deficiencies. ECF No. 7. This Court construed her objection as a motion to amend the complaint and granted it. ECF Nos. 8, 9. On February 4, 2026, Ms. Lopez filed her first amended complaint. ECF No. 10. On February 10, 2026, the Magistrate Judge reviewed the first amended complaint and again recommended dismissal. ECF No. 11. Ms. Lopez timely objected and alternatively moved for leave to file a second amended complaint. ECF No. 12. She proposes to amend the complaint to provide more dates supporting the alleged timeline of retaliation by Defendants, to provide the substance of her complaints to Defendants, and to detail the alleged adverse consequences she experienced from Defendants' actions. *See id*. at 2.

Ms. Lopez has already filed one amended complaint as a matter of course. *See* Fed. R. Civ. P. 15(a)(1). As such, she may file a second amended complaint "only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). The Rule instructs the Court should "freely give leave when justice so requires." *Id*. Because the

1

Court determines the new factual allegations would change the analysis of the objection to the underlying recommended decision, ECF No. 11, the Court determines the case would be best served by allowing Ms. Lopez leave to amend the complaint for the second time. Additionally, the Court determines Defendants would suffer no prejudice by the filing of a second amended complaint because service has not yet been effected in this case and an answer is not yet required. *See* Fed. R. Civ. P. 12(a); *United Cannabis Patients & Caregivers of Me. v. Me. Dep't of Admin. & Fin. Servs.*, 535 F. Supp. 3d 46, 49 (D. Me. 2021) (granting leave to file second amended complaint where "judicial efficiency and clarity" are served by amendment and it will "not unduly prejudice the Defendants").

Accordingly, the Court construes Ms. Lopez's objection to the Magistrate Judge's recommended decision as a motion for leave to file a second amended complaint and **GRANTS** said motion. However, the Court notes continued repeated failures to cure deficiencies in the complaint will weigh against allowing future amendments and will unduly prolong this case.

Plaintiff is **ORDERED** to file 14 days from today a Second Amended Complaint, incorporating any additional factual information previously filed with ECF No. 12.

**SO ORDERED.**

Dated this 20th day of May, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**

2